IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:05-CV-1360-ORL-18JGG

DISNEY ENTERPRISES, INC.,

PLAINTIFF,

VS.

DON WILLIAMS d/b/a Wholesale
Connection Company, d/b/a Corporate
Travel, d/b/a Dreamquest Communications,
Inc., d/b/a Dreamquest Business Services,
Inc., d/b/a Dreamquest International, Inc.
and JOHN REPEDE d/b/a Wholesale
Connection Company, d/b/a Corporate
Travel, d/b/a Dreamquest Communications,
Inc., d/b/a Dreamquest Business Services,
Inc., d/b/a Dreamquest International, Inc.
         DEFENDANTS.
_____/

PERMANENT INJUNCTION AND FINAL ORDER AGAINST DEFENDANTS
DON WILLIAMS d/b/a WHOLESALE CONNECTION COMPANY d/b/a
CORPORATE TRAVEL d/b/a DREAMQUEST COMMUNICATIONS, INC.
d/b/a DREAMQUEST BUSINESS SERVICES, INC. d/b/a DREAMQUEST
INTERNATIONAL, INC.; and JOHN REPEDE d/b/a WHOLESAL
CONNECTION COMPANY d/b/a CORPORATE TRAVEL d/b/a
DREAMQUEST COMMUNICATIONS, INC. d/b/a
DREAMQUEST BUSINESS SERVICES, INC. and
d/b/a DREAMQUEST INTERNATIONAL, INC.

Upon consideration of the mutual agreements contained in the Settlement

Agreement and Consent to Permanent Injunction among Plaintiff, Don Williams

d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest

Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc., and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

1) This Court has jurisdiction over the Plaintiff, Disney Enterprises, Inc. (hereinafter "Disney") and defendants, Don Williams d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc. (hereinafter collectively known as "Defendants"), and the Subject Matter of this action.

2) The Defendants have stipulated that Disney is the owner and/or exclusive licensee of all copyrights and trademarks to the Disney Characters and Disney Trademarks as such terms are defined in the complaint "(Complaint") filed by Plaintiff a representative sample of which are identified in the Complaint and also listed as Exhibits "A" and "B" to this Permanent Injunction. Disney owns numerous other registrations and regularly files and receives new registrations for the Disney Characters and Disney Trademarks as well as for new copyrighted works

and trademarks. The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the marks and properties noted. Disney's current registrations to the Disney Characters and Disney Trademarks as well as any future registrations it receives for its copyrighted works and trademarks will be hereinafter collectively referred to as "the Trademarks and Copyrighted Properties."

3) The Defendants have stipulated that Disney is suffering and has suffered irreparable injury as a result of Defendants' distribution, display, sale, advertisement, promotion, marketing, and/or offer for sale of travel, leisure, hotel, theme park or vacation services (hereinafter known as "Travel Packages") in conjunction with unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks and Copyrighted Properties, or bearing a design or image which is of a similar appearance to the Trademarks and Copyrighted Properties, or through Defendants' distribution of facsimile blast advertising, voice blast advertising, Web site advertising for its Travel Packages, which advertising utilized unauthorized reproductions of the Trademarks and Copyrighted Properties, or which advertising suggested that Disney has sponsored, approved or authorized the Travel Packages. The Plaintiff will continue to suffer irreparable harm and injury should a Permanent Injunction Order not be issued.

4) Defendants have stipulated and agreed to entry of a Permanent Injunction forever enjoining them from selling, offering for sale, advertising, promoting, marketing and/or distributing Travel Packages in conjunction with any

3

unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks and Copyrighted Properties, or any unauthorized design or image which is of a similar appearance to the Trademarks and Copyrighted Properties, or from utilizing such unauthorized Trademarks and Copyrighted Properties in or in conjunction with any email solicitations, pop-ups, pop-unders, web site advertisements, Internet advertisements, newsgroup postings, facsimile solicitations, telemarketing solicitation, wireless solicitations, print advertising, radio advertising and/or television advertising for its Travel Packages. The Permanent Injunction will not preclude defendants from making fair use of the following marks: "Disney", "Walt Disney World", and "Epcot", together with the names of any other Walt Disney World resort theme park, in block letter form solely to accurately and fairly describe the Travel Packages they are selling, distributing and offering for sale, to the extent that the Travel Packages offered in conjunction with the mark actually include tickets or reservations at the applicable theme park or resort. The reproduction of the marks in block letter form must be the smaller of: (a) one half the size of the lettering utilized on the solicitation or advertising copy identifying the solicitation or advertising as originating from or sponsored by Defendants, or (b) no larger than the size, and of the same type, of the surrounding advertising copy in which the mark is utilized to identify the Disney theme park or resort.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Don Williams d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc., pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Don Williams d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc., their agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

    a.    from selling, offering for sale, advertising, promoting, marketing and/or distributing Travel Packages in conjunction with any unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks and Copyrighted Properties, or any unauthorized design or image which is of a similar appearance to the Trademarks and Copyrighted Properties, or from utilizing such

unauthorized Trademarks and Copyrighted Properties in or in conjunction with any email solicitations, pop-ups, pop-unders, web site advertisements, Internet advertisements, newsgroup postings, facsimile solicitations, telemarketing solicitation, wireless solicitations, print advertising, radio advertising and/or television advertising. Notwithstanding this prohibition the injunction will not preclude Defendant(s) from making fair use of the following marks, "Disney", "Walt Disney World", and "Epcot", together with the names of any other Walt Disney World resort theme park, in block letter form solely to accurately and fairly describe the Travel Packages they are selling, distributing and offering for sale, to the extent that the Travel Packages offered in conjunction with the mark actually include tickets or reservations at the applicable theme park or resort. The reproduction of the marks in block letter form must be the smaller of: (a) one half the size of the lettering utilized on the solicitation or advertising copy identifying the solicitation or advertising as originating from or sponsored by Defendant(s), or (b) no larger than the size, and of the same type, of the surrounding advertising copy in which the mark is utilized to identify the Disney theme park or resort.

b. from passing off, inducing or enabling others to sell or pass off, as authentic services or products produced by the Plaintiff or otherwise

authorized by the Plaintiff, any service or product not manufactured by the Plaintiff or produced under the control or supervision of the Plaintiff, or approved by the Plaintiff;

c. from committing any act calculated to cause purchasers to believe that the Defendants' services and/or products are those sold under the control and supervision of the Plaintiff, or are sponsored, approved or guaranteed by the Plaintiff, or are connected with and produced under the control or supervision of the Plaintiff;

d. from diluting and infringing the Plaintiff's Trademarks and Copyrighted Properties and damaging their goodwill;

e. from causing, aiding, and/or abetting any other person from doing any act proscribed under a. through d. above.

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Settlement Agreement and Consent to Permanent Injunction and Permanent Injunction and Final Order by way of contempt or otherwise. Don Williams d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a

Dreamquest International, Inc. agree not to contest the validity of the Trademarks and Copyrighted Properties in any such proceedings.

Its is further, ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further, ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Don Williams d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.; and John Repede d/b/a Wholesale Connection Company d/b/a Corporate Travel d/b/a Dreamquest Communications, Inc. d/b/a Dreamquest Business Services, Inc. and d/b/a Dreamquest International, Inc.

It is further, ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

Dated this 28 day of Aug, 2006.

_____
HONORABLE G. KENDALL SHARP
United States District Judge

## A Representative Sample of Disney Enterprises, Inc. Copyright Registrations

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | Winnie the Pooh and the Honey Tree | Motion Picture |
| RE 718 378 | Winnie the Pooh and the Blustery Day | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 81 532 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | Snow White and the Seven Dwarfs | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | Pinocchio | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | Fantasia | Motion Picture |
| R 433 627 | The Reluctant Dragon | Motion Picture |
| R 442 538 | Dumbo | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |

## *A Representative Sample of Disney Enterprises, Inc. Copyright Registrations*

| | | |
|---|---|---|
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | Bambi | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | Saludos Amigos | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | The Three Caballeros | Motion Picture |
| R 550 316 | Make Mine Music | Motion Picture |
| R 557 922 | Song of the South | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | Fun and Fancy Free | Motion Picture |
| R 605 180 | Melody Time | Motion Picture |
| R 636 303 | The Adventures of Ichabod & Mr. Toad | Motion Picture |
| R 648 396 | Cinderella | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | Alice in Wonderland | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | Peter Pan | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | Lady and the Tramp | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |

## A Representative Sample of Disney Enterprises, Inc. Copyright Registrations

| Registration | Title | Type |
|---|---|---|
| RE 296 296 | Sleeping Beauty | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | One Hundred and One Dalmatians | Motion Picture |
| RE 546 478 | The Sword in the Stone | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | Mary Poppins | Motion Picture |
| RE 705 510 | The Jungle Book | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | The Aristocats | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| Lp 39 817 | Bedknobs and Broomsticks | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | Robin Hood | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | The Rescuers | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | Pete's Dragon | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | The Fox and the Hound | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |

## *A Representative Sample of Disney Enterprises, Inc. Copyright Registrations*

| | | |
|---|---|---|
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |

## A Representative Sample of Disney Enterprises, Inc. Copyright Registrations

| Registration | Title | Type |
|---|---|---|
| PA 486 535 | The Rescuers Down Under | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | Beauty and the Beast | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | Aladdin | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | The Lion King | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | Pocahontas | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |

## *A Representative Sample of Disney Enterprises, Inc. Copyright Registrations*

| | | |
|---|---|---|
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |

*A Representative Sample of*
*Disney Enterprises, Inc.*
*Copyright Registrations*

| Registration | Title | Type |
|---|---|---|
| PA 901 890 | A Bug's Life* | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA 960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Shhet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emporer's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | **Kuzco** | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA1 039 237 | **Atlantis: The Lost Empire** | Motion Picture |
| VAu 465 845 | Dr. Sweet | Model Sheet |
| VAu 465 846 | Milo James Thatch | Model Sheet |
| VAu 464 134 | Whitmore | Model Sheet |

## *A Representative Sample of Disney Enterprises, Inc. Copyright Registrations*

| Registration | Title | Type |
|---|---|---|
| VAu 464 136 | King | Model Sheet |
| VAu 464 137 | Moliere | Model Sheet |
| VAu 464 139 | Princess Kida | Model Sheet |
| PA1 038 178 | **Monsters, Inc.** | Motion Picture |
| VAu 462 106 | Mike | Model Sheet |
| VAu 462 107 | Mr. Waternoose | Model Sheet |
| VAu 462 109 | Sullivan | Model Sheet |
| VAu 462 110 | Switch | Model Sheet |
| VAu 463 631 | Roz | Model Sheet |
| VAu 495 886 | Ran | Model Sheet |
| VAu 513 637 | Boo | Model Sheet |
| PA1 107 581 | **Treasure Planet** | Motion Picture |
| VAu 503 462 | Morph | Model Sheet |
| VAu 503 463 | JH | Model Sheet |
| VAu 503 468 | DD | Model Sheet |
| VAu 503 469 | BEN2 | Model Sheet |
| VAu 503 471 | BEN | Model Sheet |
| VAu 503 473 | ARR | Model Sheet |
| VAu 503 521 | Sil | Model Sheet |
| VAu 503 987 | Ame | Model Sheet |
| PA1 082 244 | **Lilo and Stitch** | Motion Picture |
| VAu 506 816 | PLE | Model Sheet |
| VAu 506 817 | LIL | Model Sheet |
| VAu 506 818 | ST199 | Model Sheet |
| VAu 506 822 | JUM | Model Sheet |
| VAu 506 825 | ST100 | Model Sheet |
| PA1 121 379 | **Piglet's Big Movie** | Motion Picture |
| PA1 146 502 | **Finding Nemo** | Motion Picture |
| VA1 162 469 | Finding Nemo Style Guide | Style Guide |
| VAu 559 052 | Sharks: Bruce, Anchor & Chum | Model Sheet |
| VAu 559 053 | Sharks: Bruce, Anchor & Chum(simplified) | Model Sheet |
| VAu 559 054 | Ocean Friends: Tad, Pearl & Sheldon | Model Sheet |
| VAu 559 055 | Tank Gang: Bloat, Peach, Gurgle, Bubbles, Deb | Model Sheet |
| VAu 559 056 | Primary: Nemo, Dory, Gill (2) | Model Sheet |
| PA1 188-459 | **Brother Bear** | Motion Picture |
| VA1 212 077 | Home on the Range | Style Guide |
|  | **Teacher's Pet** |  |
| VAu 501 211 | Leonard | Model Sheet |
| VAu 501 212 | Spot | Model Sheet |
| VA 977-375 | Birnbaum's Walt Disney World 2000 | Photographs and Artwork |

| Trademark Name | Reg. Number |
|---|---|
| Cruise Line Device (Mouse Ears) | 2.243.889 |
| DISNEY CRUISE LINE | 2.286.563 |
| DISNEY MAGIC | 2.240.945 |
| DISNEY'S ANIMAL KINGDOM | 2.189.638 |
| DISNEY'S GRAND CALIFORNIAN HOTEL | 2.473.847 |
| DISNEYLAND | 1.037.788 |
| DISNEYLAND (Stylized) | 857.667 |
| DOWNTOWN DISNEY | 2.372.024 |
| EPCOT | 1.380.818 |
| Epcot Device | 1.407.987 |
| FORT WILDERNESS | 1.518.500 |
| HAPPIEST PLACE ON EARTH, THE | 2.281.559 |
| MAGIC KINGDOM | 1.072.396 |
| Mouse Ears Device | 1.524.601 |
| PARADISE PIER | 2.625.419 |
| Walt Disney Travel Company Logo (plane w/mouse ears silhouette) | 995.092 |
| WALT DISNEY WORLD | 980.955 |

As it is impracticable to list all trademark registrations owned by Disney, the foregoing is a representative sampling only.